## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : 5:03-cr-30 (WDO) |
| HECTOR JAMIES CHAVEZ, Defendant | : |

### O R D E R

The within motion to continue sentencing is **GRANTED.**

**SO ORDERED**, this 6th day of July, 2005.

/s
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE